Case 4:25-cv-00824   Document 17   Filed on 08/26/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONATHAN B. EMMONS, FATALX3RROR, and JZ DEV, § § § § | |
| Plaintiffs, § § | Civil Action No. 4:25-cv-0824 |
| v. § § | |
| GAIMIN AG, ANDREW FARIDANI, CALVIN ADAMUS, MARTIN SPEIGHT, CLIVE AROSKIN, ROBERT VAN SCHAIK, BUKI BEN NATAN, MAXIMILIAM JONSSON CASEY JAMES, JOSEPH TURNER, and MARC BRAY, § § § § § § | |
| Defendants. | |

ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Defendant Gaimin AG Motion to Dismiss (Document No. 1). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Plaintiffs Jonathan Emmons, FatalX3rror, and JZ Dev claims against Defendants Gaimin AG, et al. be dismissed without prejudice for want of prosecution and deny as moot Defendant Gaimin's motion to dismiss embedded in its notice of removal (Document No. 1). The deadline for objections has passed, and no objections have been filed.

The Court, after having made a de novo determination of the motion to dismiss, show cause order, and failure of Plaintiffs to appear, is of the opinion that the findings and recommendations of

the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on August 5, 2025 (Document No. 16), which is adopted in its entirety as the opinion of this Court, Plaintiffs claims against Defendants are DISMISSED WITHOUT PREJUDICE for want of prosecution and Defendant Gaimin AG's motion to dismiss (Document No. 1) is DENIED AS MOOT.

It is so ORDERED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 26TH day of August, 2025.

Ewing Werlein, Jr.
United States District Judge